UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE,<br><br>　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00484-ART-CLB<br><br>ORDER |

Petitioner Stephen Christie has filed an application to proceed *in forma pauperis* with an attached petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The Court finds that Christie can pay the full filing fee of $5.00.

It is therefore ordered that the application to proceed in forma pauperis (ECF No. 1) is denied. Christie shall have 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk shall send Christie two copies of this order. Christie is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 1st day of November, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1