UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00484-ART-CLB<br><br>ORDER |

On December 5, 2022, this Court entered an order directing Petitioner, Stephen Christie, to show cause why his petition should not be dismissed without prejudice as unexhausted and premature. ECF No. 5. The Court noted that Christie likely filed this action under the belief that he was in danger of failing to comply the time limitation imposed by 28 U.S.C. § 2244(d)(1)(A, when in fact he will have ample time to file a federal petition when his pending state court proceedings conclude. The Court also recognized, however, that Christie may have had legitimate timeliness concerns that had not been presented to the Court. Accordingly, he was given an opportunity to show that he had valid reasons to be concerned about being able to file a timely federal petition if this case were to be dismissed.

The order advised Christie that failure to respond within 30 days would result in this case being dismissed without further notice. The time allotted for Christie to respond has long passed. He has not filed a response or requested additional time within which to do so, which suggests to the court that he has decided to file a new federal petition when state court proceedings conclude rather than seek stay and abeyance in this proceeding.

It is therefore ordered that this case is dismissed without prejudice as unexhausted and premature. The Clerk is directed to enter judgment accordingly and close this case.

It is further ordered that a certificate of appealability is denied as jurists of reason would not find the court's dismissal of this action without prejudice to be debatable or incorrect.

DATED THIS 27th day of March, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE